In the Matter of ALERIA KK. and Others, Children Alleged to be Abused and/or Neglected and/or Severely Abused. ALBANY COUNTY DEPARTMENT FOR CHILDREN, YOUTH AND FAMILIES, Respondent; RALPH MM., Appellant.

Submitted May 26, 2015; decided July 1, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from, affirming the fact-finding order, does not finally determine the proceeding within the meaning of the Constitution.

TALIV ALI, Appellant, v STATE OF NEW YORK, Respondent.

Submitted May 26, 2015; decided July 1, 2015

Motion for reargument denied [see 25 NY3d 965 (2015)].

JULIE CONASON et al., Respondents, v MEGAN HOLDING, LLC, et al., Appellants.

Submitted May 18, 2015; decided July 1, 2015

Motion for reargument denied [see 25 NY3d 1 (2015)].

Judges STEIN and FAHEY taking no part.

ESTHER DAYAN, Respondent, v ABRAHAM DAYAN, Appellant.

Submitted May 26, 2015; decided July 1, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.